# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv96

| | |
|---|---|
| JAMES C. MIZE, JR., in his capacity as Indenture Trustee for New Vision Ministries of Lincolnton, Inc., Trust Indenture Nos. 358, 437, and 508,<br><br>    Plaintiff,<br><br>Vs.<br><br>NEW VISION MINISTRIES OF LINCOLNTON, INC.,<br><br>    Defendant. | ORDER |

**THIS MATTER** is before the court on counsels' request for an Initial Pretrial Conference. Having considered counsels' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that counsels' request for an IPC is **GRANTED,** and an IPC is calendared for November 9, 2007, at 12 noon in Asheville, N.C.

Signed: October 30, 2007

Dennis L. Howell
United States Magistrate Judge