UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07-CV-96

| | |
|---|---|
| JAMES C. MIZE, JR., <br>     Plaintiff, <br> <br> v. <br> <br> NEW VISION MINISTRIES OF <br> LINCOLNTON, INC., <br>     Defendant and <br>     Third-Party Plaintiff, <br> <br> v. <br> <br> AMERICAN HERITAGE <br> INSTITUTIONAL SERVICES, INC. <br> AMERICAN HERITAGE CHURCH <br> FINANCE, INC., RICHARD HICKS, <br> AND JOHN GREER <br>     Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the court on Defendant/Third-Party Plaintiff New Vision Ministries' Motion for Voluntary Dismissal Without Prejudice (Document #53), filed January 26, 2009. In this motion, the Third-Party Plaintiff asks the court to dismiss all of its claims against the Third-Party Defendants in this lawsuit pursuant to FED. R. CIV. P. 41(a)(2). Although the Third-Party Defendants have filed answers to the Third-Party complaint, no counterclaims have been pled by any of the Third-Party Defendants. Furthermore, no Third-Party Defendant has filed an objection to dismissal of these claims. The claims of the Plaintiff against the Defendant/Third-Party Plaintiff in this case have already been dismissed with prejudice.

**WHEREFORE**, it is **ORDERED** that Defendant/Third-Party Plaintiff's Motion for Voluntary Dismissal Without Prejudice is **GRANTED**. All claims of Defendant/Third-Party Plaintiff

against Third-Party Defendants are hereby dismissed without prejudice.

Signed: March 16, 2009

Richard L. Voorhees
United States District Judge